

# NUMBER 13-15-00171-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**P. PALIVELA RAJU, M.D.,**                      **Appellant,**

**v.**

**DIANNE JACKSON,**                             **Appellee.**

---

**On appeal from the 23rd District Court
of Matagorda County, Texas.**

---

# ORDER

**Before Chief Justice Valdez and Justices Rodriguez and Longoria
Order Per Curiam**

This cause is before the Court on appellant's motion for rehearing and his motion to reinstate. This Court previously issued a memorandum opinion and judgment dismissing the appeal for lack of jurisdiction. *See Raju, M.D. v.* Jackson, No. 13-15-00171-CV, 2015 WL 1956948, at *1 (Tex. App.—Corpus Christi April 30, 2015, no. pet. h.)

(mem. op.) (per curiam).  The Court, having fully examined and considered appellant's motion for rehearing is of the opinion that appellant timely mailed his notice of appeal, and therefore, we grant his motion for rehearing.  Accordingly, we withdraw our memorandum opinion and judgment issued on April 30, 2015.

We further grant appellant's motion to reinstate his accelerated appeal.  Because the clerk's record and the reporter's record have been filed in this appeal, appellant's brief will be due within twenty days of the date of this order.  *See* TEX. R. APP. P. 38.6(a).

It is so ORDERED.

PER CURIAM

Delivered and filed the
11th day of May, 2015.